E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO, et al., | No. C 05-00034 PJH (JL) |
| Plaintiffs, | |
| v. | **ORDER** |
| FIRE BARRIER, INC, ET AL., | |
| Defendants. | |

The court has reviewed Plaintiffs' Motion for Default Judgment and hereby orders the following:

Plaintiffs shall e-file and submit, as soon as possible, a hard copy of each of the following:

1. The Laborers' Master Agreement For Northern California ("Master Agreement").
2. The written Trust Agreements.

///

///

///

3. A sworn declaration from the custodian of records as to the authenticity of the trust fund records showing Defendant's delinquent trust fund contributions.

IT IS SO ORDERED.

DATED: August 3, 2005



JAMES LARSON
United States Magistrate Judge