UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE MORENO, et al.

    Plaintiffs,　　　　　　　　　　　　No. C 05-0034 PJH

  v.　　　　　　　　　　　　　　　　　　**ORDER REGARDING**
 　　　　　　　　　　　　　　　　　　　　**MAGISTRATE JUDGE'S REPORT**
FIRE BARRIER, INC., et al.　　　　　　**AND RECOMMENDATION**

    Defendants.
_____/

    The court has received Magistrate Judge Larson's Report and Recommendation Re: Motion for Default Judgment, as well as plaintiffs' objections to the report. In view of plaintiffs' objections, and in light of the Magistrate Judge's familiarity with the existing record and calculations, the court finds that the matter should be resubmitted for a revised report and recommendation.

    Due to CJRA reporting deadlines, the revised report and recommendation should issue no later than March 1, 2006. The Magistrate Judge should advise the court if he is unable to meet that deadline due to other calendar commitments.

    IT IS SO ORDERED.

Dated: January 6, 2006

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge

cc: Wings, Assigned M/J,
    counsel of record